Richard Shupe, Pro Se
P.O.BOX 7071
Tucson, AZ 85725-7071
mmm9088@gmail.com

UNITED STATES DISTRICT COURT

PIMA COUNTY ARIZONA

FILED
RECEIVED
NOV 7 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Richard/Maria Shupe          Case No. 4:16-cv-00571-TUC-JGZ

　　　　　Plaintiffs

v.                           **PLAINTIFFS NOTICE OF APPEAL**

Capital One Bank USA, NA

　　　　　Defendant

---

　　　Comes now the Plaintiffs in the above entitled action and herein gives

notice of appeal to the United States Court of Appeals for the 9th District.

Respectively submitted this 6th day of Nov. 2018

_____                          _Maria L. Shupe_
Richard Shupe

　　　　　　　　　　　　　　　　　　　Maria Shupe

original copy of the foregoing mailed to : Burgeson, 3636 N Central ste 700
Phoenix, AZ 85012 this 6th day of Nov. 2018

_____
Richard Shupe