IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Shupe, et al., | No. CV-16-00571-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Capital One Bank USA NA, | |
| Defendant. | |

On October 25, 2018, the Court Ordered Plaintiff Maria Shupe to show cause as to why she should not be held in contempt of court and face monetary sanctions for failure to comply with the Court's order to appear at an October 22, 2018 motions hearing in this matter. (Doc. 118.)  On November 2, 2018 and again on November 8, 2018, the Court gave Ms. Shupe additional opportunities to comply with its October 25, 2018 order to show cause.  (Docs. 120, 123.)  Ms. Shupe failed to comply with these orders.

It is within the power of the district court to "assess attorney's fees as a sanction for the willful disobedience of a court order." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991) (internal quotations removed).  "The framing of sanctions for civil contempt is committed to the sound discretion of the trial court." *Elkin v. Fauver*, 969 F.2d 48, 52 (3d Cir. 1992). Where, as here, "compensation is intended, a fine is imposed, payable to the complainant. Such fine must of course be based upon evidence of complainant's actual loss and his right, as a civil litigant, to the compensatory fine is dependent upon the outcome of the basic controversy." *United Mine Workers of Am.*, 330 U.S. at 304.  The Court's Order

to Show Cause provided Ms. Shupe, a plaintiff in this matter, with an opportunity to show why she should not be sanctioned for failing to attend a dispositive motions hearing, where the Court specifically ordered her appearance. (*See* Doc. 115.) Ms. Shupe has failed to do so. On November 29, 2018 Defendant provided documentation itemizing its expenses, which totaled $891.95, for appearing at the hearing, which was canceled when Ms. Shupe failed to appear. (Doc. 128.)

THEREFORE IT IS ORDERED that Plaintiff Maria Shupe is sanctioned for failure to appear at the October 22, 2018 hearing.

IT IS FURTHER ORDERED that Maria Shupe shall pay $891.95 to Defendant Capital One Bank (USA), N.A., in compensation for its monetary loss associated with Maria Shupe's failure to appear.

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE this case and to enter judgment in favor of Defendant.

Dated this 14th day of December, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge