# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Shupe, et al., | **NO. CV-16-00571-TUC-JGZ** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Capital One Bank USA NA, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 17, 2018, judgment is entered in favor of defendant and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed for failure to comply with the Court's order.

Brian D. Karth
District Court Executive/Clerk of Court

December 17, 2018

By   s/ Becky Ruiz
     Deputy Clerk